IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
———————————

No. 13-14717-BB
———————————

FIRST TIME VIDEOS, LLC,

                              Plaintiff - Appellee,

versus

PAUL OPPOLD,

                              Defendant - Appellant.

———————————

Appeal from the United States District Court
for the Middle District of Florida
———————————

ORDER:

    Appellant's motion for extension of time for filing the following documents is GRANTED.

    Appellant's brief is due December 9, 2013, with the Appellant's appendix due no later than seven days from that date.

                                                              /s/ Charles R. Wilson
                                                              UNITED STATES CIRCUIT JUDGE