# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 06, 2013

Graham W. Syfert
Graham W. Syfert, PA
1529 MARGARET ST UNIT 2
JACKSONVILLE, FL 32204

Appeal Number: 13-14717-BB
Case Style: First Time Videos, LLC v. Paul Oppold
District Court Docket No: 6:12-cv-01493-CEH-KRS

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Carol R. Lewis, BB/rvg
Phone #: (404) 335-6179

EXT-1 Extension of time